# WAIVER OF SERVICE OF SUMMONS

TO: Clerk, US District Court

I acknowledge receipt of your request that I waive service of a summons in the action of *Brown v. Lampert, et al.*, 14-CV-141-J which is case number in the United States District Court for the District of Wyoming. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days **January 15, 2015** (*date request was sent*), or within 90 days after that date if the request was sent outside the United States.

01/29/2015
Date

[signature]
Signature

BRIAN REED
Printed/typed name

SGT / CORRECTIONS
Title/relationship to corporate defendant